# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160227(39)

MARTIN ANTONIO SOLOMON,
      Plaintiff-Appellant,

v

CHARLES EGELER RECEPTION AND
GUIDANCE CENTER WARDEN,
      Defendant-Appellee.
_____/

SC: 160227
COA: 349111

      On order of the Chief Justice, the motion of plaintiff-appellant to exceed the page limitation for his application for leave to appeal is GRANTED. The application submitted on September 10, 2019, and the supplement submitted on September 23, 2019, which combine to be more than 50 pages, are accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 23, 2019



Clerk